UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.  5:23-cv-01564-SVW-PD                          Date: November 30, 2023

Title:       *Barbara L Berger v. Kilolo Kijakazi*

Present:  The Honorable STEPHEN V. WILSON, U.S. District Judge

|          Paul Cruz          |          Not Reported          |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO
PAY FILING FEE

All parties instituting a civil action, suit, or proceeding in a district court of
the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may
proceed despite a party's failure to pay the filing fee only if the party is granted
leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

On October 19, 2023, the Court denied Plaintiff's request to proceed *in
forma pauperis* and directed her to pay the full filing fee. Dkt. 11. The Court
warned that if Plaintiff did not comply within 30 days, the case would be dismissed
without prejudice.  *Id*.

To date Plaintiff has not paid the filing fee or otherwise responded to the
Court's order requiring her to do so. Accordingly, this action is DISMISSED
without prejudice. *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2
(S.D. Cal. Sept. 6, 2022).

IT IS SO ORDERED.